# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re  *John P. Savage*                                    Case No.
                                                          Chapter   *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 2 | $ 8,003,000.00 | | |
| B-Personal Property | Yes | 5 | $ 783,355.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 4 | | $ 8,478,839.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 4,600.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 60 | | $ 1,449,078.54 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 9,410.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 10,799.00 |
| TOTAL | | 78 | $ 8,786,355.00 | $ 9,932,517.54 | |

In re <u>John P. Savage</u>,            Case No._____
            Debtor(s)                                                     (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1610 N. Prospect Avenue, Apt. 205 Milwaukee, WI 53202 | homestead | C | $175,000.00 | $88,000.00 |
| 10135-63 W. Forest Home Avenue Hales Corners, WI 53130 | 80-unit apt. building | C | $2,090,000.00 | $2,090,000.00 |
| 202-220 Morningside Drive Fond du Lac, WI 54935 | 16-unit apt. building | C | $500,000.00 | $500,000.00 |
| 996-1000 Third Street Menasha, WI 54952 | 55-unit apt. building | C | $1,100,000.00 | $1,100,000.00 |
| 240-60 N. Washington Avenue Berlin, WI 54923 | 36-unit apt. building | C | $780,000.00 | $780,000.00 |
| 1129-1219 & 1130 Cheri Blvd. Marinette, WI 54143 | 36-unit apt. building | C | $1,000,000.00 | $506,678.00 |
| 285-286, 301-302 S. Brooklyn St. Berlin, WI 54923 | 32-unit apt. building | C | $625,000.00 | $489,436.00 |

<u>1</u>   continuation sheets attached

In re _John P. Savage_ ,  Case No._____
         Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _103-35 Peters Street_<br>_Fond du Lac, WI 54935_ | _69-unit apt. building_ | C | $1,733,000.00 | $1,733,000.00 |
| | | TOTAL $ | 1,803,000.00 | |

(Report also on Summary of Schedules.)

Sheet No. _1_ of _1_ continuation sheets attached to schedule of Real Property

In re <u>John P. Savage</u> ,    Case No. _____
                    Debtor(s)                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand<br>Location: In debtor's possession | | $200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account | | $40,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | BEDROOOM 1:<br>Bed<br>19" TV and stand<br>2 bed side tables with lamps<br>1 men's dresser<br>1 chair<br>1 exercise machine (bike)<br>DINING ROOM:<br>1 table<br>8 chairs<br>area rug<br>small table with lamp<br>DEN:<br>2 fan back chairs<br>42" TV<br>couch<br>desk with chair and file cabinet<br>3 lamps<br>one area rug<br>BEDROOM 2:<br>bed<br>2 side tables<br>dresser<br>2 lamps | | $5,000.00 |

Page __1__ of __5__

In re _John P. Savage_ ,                                  Case No. _____
              Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _HALL:_<br>_small table_<br>_LIVING ROOM:_<br>_loveseat_<br>_coffee table_<br>_side table_<br>_2 arm chairs_<br>_table_<br>_2 glass decantors_<br>_area rug_<br>_hutch_<br>_2 table lamps_<br>_2 floor lamps_<br>_2 book shelves_<br>_ENTRY WAY:_<br>_sideboard_<br><br>_Location: In debtor's possession_ | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | _Coin Collection_<br>_Location: In debtor's possession_ | | $2,000.00 |
| 6. Wearing apparel. | | _Wearing apparel_<br>_Location: In debtor's possession_ | | $1,000.00 |
| 7. Furs and jewelry. | | _Furs and Jewelry_<br>_Location: In debtor's possession_ | | $200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | _HANDGUNS:_<br>_Kel Tec 9 mm_<br>_Savage Model 1907 & 1917 .32 cal. (1 each)_<br>_Ruger Model P90 .45 cal._<br>_Smith & Wesson 9mm_<br>_Nagant revolver Model 1895 7mm_<br>_RIFLES:_<br>_Marlin .22 cal._<br>_1 Russion SKS_ | | $1,500.00 |

Page __2__ of __5__

In re <u>John P. Savage</u>                             ,     Case No. _____
<br>                    Debtor(s)                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1 Chinese SKS<br>M1A Norinco<br>Location: In debtor's possession | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Insurance Policy<br>Mass Mutual<br>Location: In debtor's possession | | $4,881.00 |
| | | Insurance Policy<br>New York Life<br>Location: In debtor's possession | | $6,139.00 |
| | | Insurance Policy<br>Northwestern Mutual<br><br>Location: In debtor's possession | | $16,254.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Interest in IRA | | $10,630.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Scott Trade Account - $32,500<br>Gabelli fund - $3,586<br>Eastern European Fund - $8,980<br>Trillium Development, LLC - (1/3 owner)<br>assets exceed liability - $0<br>Evictor, Inc. - (1/2 owner) - $0<br>Star Group, LLC - (1/2 owner) - $0<br>Law Offices of John P. Savage, LLC - $0 | | $45,066.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

In re _John P. Savage_ _____,  Case No. _____

Debtor(s)  (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts Receivable. | | _Legal_ _Location: In debtor's possession_ | | $109,485.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | _1/3 interest in J.F. Savage Living Trust_ _Location: In debtor's possession_ | | $0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _Loans to Richard Shell - UNCOLLECTIBLE_ _American Transmission Company - AMOUNT UNKNOWN_ _Personal Injury Lawsuit against Patricia Savage - AMOUNT UNKNOWN_ | | $500,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2003 Harley Davidson FLHR Motorcycle_ _Location: In debtor's possession_ | | $5,000.00 |
| | | _2013 Chrysler 300_ _Location: In debtor's possession_ | | $30,000.00 |
| | | _1976 Cadillac El Dorado Convertible_ _Location: In debtor's possession_ | | $5,000.00 |

Page __4__ of __5__

In re  *John P. Savage*                                          ,        Case No. _____

**Debtor(s)**                                                                          *(if known)*

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Office Equipment*<br>*2 desks*<br>*3 computers*<br>*2 printers*<br>*4 filing cabinets*<br>*2 bookcases*<br>*6 chairs*<br>*Location: In debtor's possession* | | $1,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➡ | $783,355.00 |

Page __5__ of __5__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re _John P. Savage_ _____,                    Case No. _____
                        Debtor(s)                                                        (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 1610 N. Prospect Avenue | Wis. Stat. Ann. §815.20 | $ 75,000.00 | $ 175,000.00 |
| Checking account | Wis. Stat. Ann. §815.18(3)(k) | $ 5,000.00 | $ 40,000.00 |
| Household goods, furnishings, apparel, guns, jewelry, coins | Wis. Stat. Ann. §815.18(3)(d) | $ 9,700.00 | $ 9,700.00 |
| Insurance Policies | Wis. Stat. Ann. §815.18(3)(f)3 | $ 16,254.00 | $ 16,254.00 |
| Insurance Policies | Wis. Stat. Ann. §815.18(3)(f)3 | $ 6,139.00 | $ 6,139.00 |
| Insurance Policies | Wis. Stat. Ann. §815.18(3)(f)3 | $ 4,881.00 | $ 4,881.00 |
| Interest in IRA | Wis. Stat. Ann. §815.18(3)(j) | $ 10,630.00 | $ 10,630.00 |
| Unliquidated Claims (P/I lawsuit vs. Patricia Savage) | Wis. Stat. Ann. §815.18(3)(i)(c) | $ 50,000.00 | $ 50,000.00 |
| | | $ 4,000.00 | $ 5,000.00 |
| Vehicles (1976 Cadillac) | Wis. Stat. Ann. §815.18(3)(g) | $ 1,000.00 | $ 1,000.00 |
| Office Equipment | Wis. Stat. Ann. §815.18(3)(b) | | |
| | Subtotal: | $ 154,630.00 | $ 763,904.00 |
| | Total: | $ 154,630.00 | $ 763,904.00 |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re <u>John P. Savage</u>_____,     Case No._____
                Debtor(s)                                                   (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| Account No: | | | | | X | $ 625,000.00 | $ 75,856.00 |
| Creditor # : 1<br>Bank Mutual<br>2600 N. Mayfair Road<br>Milwaukee WI 53226 | | 2nd Mortgage<br><br>103-35 Peter Street | | | | | |
| | | Value: $ 1,733,000.00 | | | | | |
| Account No: | | | | | | $ 1,923,244.00 | $ 0.00 |
| Creditor # : 2<br>BMO Harris Bank N.A.<br>770 North Water Street<br>Milwaukee WI  53202 | | 1st Mortgage<br><br>10135-63 W. Forest Home Avenue<br>*1991* | | | | | |
| | | Value: $ 2,090,000.00 | | | | | |

<u>3</u>   continuation sheets attached                           Subtotal $ | $ 2,548,244.00 | $ 75,856.00
(Total of this page)
Total $
(Use only on last page)

(Report also on Summary of Schedule D.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

n re _John P. Savage_          Case No._____
             **Debtor(s)**                                                  (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 3<br>BMO Harris Bank N.A.<br>770 North Water Street<br>Milwaukee WI 53202 | | 285-286, 301-302 S. Brooklyn St.<br>*1992*<br><br>Value: $ 625,000.00 | | | | $ 489,436.00 | $ 0.00 |
| Account No:<br><br>Creditor # : 4<br>BMO Harris Bank N.A.<br>770 North Water Street<br>Milwaukee WI 53202 | | Mortgage<br>103-35 Peters Street<br>*1986*<br><br>Value: $ 1,733,000.00 | | | | $ 1,183,856.00 | $ 0.00 |
| Account No:<br><br>Creditor # : 5<br>BMO Harris Bank N.A.<br>770 North Water Street<br>Milwaukee WI 53202 | | Mortgage<br>1129-1219 & 1130 Cheri Blvd.<br>*1992*<br><br>Value: $ 1,000,000.00 | | | | $ 506,678.00 | $ 0.00 |
| Account No:<br><br>Creditor # : 6<br>BMO Harris Bank N.A.<br>770 North Water Street<br>Milwaukee WI 53202 | | Mortgage<br>240-60 N. Washington Avenue<br>*1692*<br><br>Value: $ 780,000.00 | | | | $ 582,361.00 | $ 0.00 |
| Account No:<br><br>Creditor # : 7<br>BMO Harris Bank N.A.<br>770 North Water Street<br>Milwaukee WI 53202 | | Mortgage<br>202-220 Morningside Drive<br>*10192*<br><br>Value: $ 500,000.00 | | | | $ 215,188.00 | $ 0.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

                                       Subtotal $      $ 2,977,519.00      $ 0.00
                                      (Total of this page)
                                      Total $
                            (Use only on last page)

(Report also on Summary of Schedules.)        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

n re _John P. Savage_                                     Case No. _____
                    **Debtor(s)**                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | $ 463,260.00 | $ 296,504.00 |
| Creditor # : 8 BMO Harris Bank N.A. 770 North Water Street Milwaukee WI 53202 | | *2nd Mortgage* *10135-63 W. Forest Home Avenue* Value: $ 2,090,000.00 | | | | | |
| **Account No:** | | | | | | $ 88,000.00 | $ 0.00 |
| Creditor # : 9 BMO Harris Bank N.A. 770 North Water Street Milwaukee WI 53202 | | *1610 N. Prospect Avenue* 2002 Value: $ 175,000.00 | | | | | |
| **Account No:** | | | | | | $ 27,000.00 | $ 0.00 |
| Creditor # : 10 Chase Bank 111 E. Wisconsin Avenue Milwaukee WI 53202 | | *Automobile loan* *Vehicles* 2012 Value: $ 30,000.00 | | | | | |
| **Account No:** | | | | | | $ 694,404.00 | $ 317,316.00 |
| Creditor # : 11 Commerce State Bank 1700 South Silverbrook Drive West Bend WI 53090 | | *2nd Mortgage* *996-1000 Third Street* Value: $ 1,100,000.00 | | | | | |
| **Account No:** | | | | | | $ 750,000.00 | $ 465,188.00 |
| Creditor # : 12 Park Bank 20300 Water Tower Blvd. Suite 100 Brookfield WI 53045 | | *2nd Mortgage* *202-220 Morningside Drive* Value: $ 500,000.00 | | | | | |

Sheet no. **2** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)     $ 2,022,664.00     $ 1,079,008.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re John P. Savage _____    Case No. _____
                    **Debtor(s)**                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien — H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 13<br>Pyramax Bank<br>7001 W. Edgerton<br>Greenfield WI  53220 | | 2nd Mortgage<br><br>240-60 N. Washington Avenue<br><br><br>Value: $ 780,000.00 | | | | $ 207,500.00 | $ 9,861.00 |
| Account No:<br><br>Creditor # : 14<br>WaterStone Bank<br>11200 West Plank Court<br>Wauwatosa  WI  53226-3250 | | 1st Mortgage<br><br>996-1000 Third Street<br><br>1990<br><br>Value: $ 1,100,000.00 | | | | $ 722,912.00 | $ 0.00 |
| Account No:<br><br><br><br> | | <br><br><br>Value: | | | | | |
| Account No:<br><br><br><br> | | <br><br><br>Value: | | | | | |
| Account No:<br><br><br><br> | | <br><br><br>Value: | | | | | |

Sheet no. 3  of  3   continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 930,412.00 | $ 9,861.00 |
| Total $ (Use only on last page) | $ 8,478,839.00 | $ 1,164,725.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Case No._____
(If known)

**l re** John P. Savage _____,

Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of nsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, cluding zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the ebtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the ebtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as \.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on 1e appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them r the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If 1e claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If 1e claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E 1 the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts intitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily :onsumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with orimarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

re _John P. Savage_ ,                                    Case No._____
_____ **Debtor(s)**                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Domestic Support Obligations_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim H-Husband W-Wife J-Joint C-Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, If any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 1_<br>_Patricia Savage_<br>_8205 N. Regent Road_<br>_Fox Point  WI 53217_ | | _4/7/2011_<br>_Domestic Support Obligation_<br>_$4,600.00 per month_ | | | | $ 4,600.00 | $ 4,600.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| | | Subtotal $ (Total of this page) | | | | 4,600.00 | 4,600.00 | 0.00 |

Sheet No. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 4,600.00 | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 4,600.00 | 0.00 |

In re _John P. Savage_ _____,      Case No. _____
<br>                    **Debtor(s)**                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> Cooke, Dace <br> Marinette WI 54143 | | | Security deposit | | | | $ 490.00 |
| Account No: <br> Creditor # : 2 <br> Abitz, C. & Sentek, J. <br> 135 Peters Avenue, Apt. 13 <br> Fond du Lac WI 54935 | | | Security deposit | | | | $ 515.00 |
| Account No: <br> Creditor # : 3 <br> AFNI <br> P.O. Box 3068 <br> Bloomington IL 61702 | | | Services | | | | $ 688.77 |

_59 continuation sheets attached_                                       **Subtotal $**     $ 1,693.77

                                                **Total $**
<br>(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re <u>John P. Savage</u>_____,  Case No._____
                            Debtor(s)                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 4 <br> Airgas North Central <br> 11927 W. Silver Spring Drive <br> Milwaukee WI 53225 | | | Services | | | | $ 800.00 |
| Account No: <br> Creditor # : 5 <br> Alvarado, Silvia & Rodriguez, Vincent <br> 1000C S. 3rd Street, Apt. 2 <br> Menasha WI 54952 | | | Security deposit | | | | $ 395.00 |
| Account No: <br> Creditor # : 6 <br> Annis, Nicole & Gollen, Kate <br> 246 N Washinton St Apt 201 <br> Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |
| Account No: <br> Creditor # : 7 <br> Ary, Robert & (Sand) Jennifer <br> 1129 Cheri Blvd., Apt. 7 <br> Marinette WI 54143 | | | Security deposit | | | | $ 490.00 |
| Account No: <br> Creditor # : 8 <br> Ash, Nick/Bloch, Brooke <br> 135 Peters Avenue, Apt. C <br> Fond du Lac WI 54935 | | | Security deposit | | | | $ 660.00 |

Sheet No. <u>1</u> of <u>59</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 2,830.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_____,    Case No._____
            **Debtor(s)**                                              *(if known)*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 9* *Aube, Rachel* *1205 Cheri Blvd., Apt. 4* *Marinette WI 54143* | | | *Security deposit* | | | | $ 490.00 |
| Account No: *Creditor # : 10* *Auchue, James* *135 Peters Avenue, Apt. 14* *Fond du Lac WI 54935* | | | *Security deposit* | | | | $ 445.00 |
| Account No: *Creditor # : 11* *Baker, Bruce* *1145 Cheri Blvd., Apt. 4* *Marinette WI 54143* | | | *Security deposit* | | | | $ 500.00 |
| Account No: *Creditor # : 12* *Balfour, Daniel* *10147 W. Forest Home Ave. #202* *Hales Corners WI 53130* | | | *Security deposit* | | | | $ 740.00 |
| Account No: *Creditor # : 13* *Ban, Francis* *1205 Cheri Blvd., Apt. 1* *Marinette WI 54143* | | | *Security deposit* | | | | $ 550.00 |

Sheet No.  _2_  of  _59_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,725.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re <u>John P. Savage</u>                                           ,     Case No. _____
                         **Debtor(s)**                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 14 <br> Baranczyk, Jude <br> 1000C S. 3rd Street, Apt. 8 <br> Menasha WI 54952 | | | Security deposit | | | | $ 395.00 |
| Account No: <br> Creditor # : 15 <br> Bauer, James & Dake, Bobbi <br> 103 Peters Avenue, Apt. D <br> Fond du Lac WI 54935 | | | Security deposit | | | | $ 620.00 |
| Account No: <br> Creditor # : 16 <br> Beaudo, Susan <br> 1219 Cheri Blvd., Apt. 4 <br> Marinette WI 54143 | | | Security deposit | | | | $ 520.00 |
| Account No: <br> Creditor # : 17 <br> Beaudo, Tina <br> 1205 Cheri Blvd., Apt. 8 <br> Marinette WI 54143 | | | Security deposit | | | | $ 490.00 |
| Account No: <br> Creditor # : 18 <br> Behnke, Sheldon <br> 260 N Washington St Apt 3 <br> Berlin WI 54923 | | | Security deposit | | | | $ 385.00 |

Sheet No. <u>3</u> of <u>59</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 2,410.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ _____ ,    Case No._____

                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 19 Bellamy, Briana 966D S. 3rd Street, Apt. 4 Menasha WI 54952 | | | Security deposit | | | | $ 395.00 |
| Account No: Creditor # : 20 Benesh, Tim 1129 Cheri Blvd., Apt. 4 Marinette WI 54143 | | | Security deposit | | | | $ 475.00 |
| Account No: Creditor # : 21 Benitez, Lionel 10155 W. Forest Home Ave. #202 Hales Corners WI 53130 | | | Security deposit | | | | $ 640.00 |
| Account No: Creditor # : 22 Benitez, Sanchez & Plata 10139 W. Forest Home Ave. #201 Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No: Creditor # : 23 Beoder, Jeremy 208 Morningside Drive, Apt. 3 Fond du Lac WI 54935 | | | Security deposit | | | | $ 545.00 |

Sheet No. _4_ of _59_ continuation sheets attached to Schedule of       Subtotal $ | $ 2,795.00
Creditors Holding Unsecured Nonpriority Claims                              Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ _____ ,       Case No._____
                 **Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| H--Husband W--Wife J--Joint C--Community | | | | | | |
| **Account No:** | | | | | | $ 455.00 |
| Creditor # : 24 Beres, Jerome 107 Peters Avenue, Apt. 3 Fond du Lac WI 54935 | | Security deposit | | | | |
| **Account No:** | | | | | | $ 520.00 |
| Creditor # : 25 Berg, Angela 1129 Cheri Blvd., Apt. 6 Marinette WI 54143 | | Security deposit | | | | |
| **Account No:** | | | | | | $ 450.00 |
| Creditor # : 26 Berman, Mike 1000A S. 3rd Street, Apt. 4 Menasha WI 54952 | | Security deposit | | | | |
| **Account No:** | | | | | | $ 575.00 |
| Creditor # : 27 Bhatt, Deva & Seema 1219 Cheri Blvd., Apt. 3 Marinette WI 54143 | | Security deposit | | | | |
| **Account No:** | | | | | | $ 595.00 |
| Creditor # : 28 Bindert, Melissa 103 Peters Avenue, Apt. 6 Fond du Lac WI 54935 | | Security deposit | | | | |

Sheet No. __5__ of __59__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                                   $ 2,595.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re John P. Savage _____ ,    Case No. _____
                    _____                    (If known)
                           Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 29 Block, Willian & Van, Quinn 1145 Cheri Blvd., Apt. 1 Marinette WI 54143 | | | Security deposit | | | | $ 545.00 |
| Account No: Creditor # : 30 Boe, Debora 302 S. Grove St., Apt. 3 Berlin WI 54923 | | | Security deposit | | | | $ 460.00 |
| Account No: Creditor # : 31 Boeck, Nancy 246 N Washington St Apt 108 Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |
| Account No: Creditor # : 32 Boening, Marjorie 260 N Washington St Apt 208 Berlin WI 54923 | | | Security deposit | | | | $ 425.00 |
| Account No: Creditor # : 33 Bordeaux, Jackie 1000B S. 3rd Street, Apt. 1 Menasha WI 54952 | | | Security deposit | | | | $ 385.00 |

Sheet No. __6__ of __59__ continuation sheets attached to Schedule of          Subtotal $ | $ 2,300.00
Creditors Holding Unsecured Nonpriority Claims                                  Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  _John P. Savage_ _____,      Case No. _____
                **Debtor(s)**      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 34 Borske, Mary 246 N Washington St Apt 105 Berlin WI 54923 | | | Security deposit | | | | $ 410.00 |
| Account No: Creditor # : 35 Bourdo, Samantha & Plauffe, Tony 220 Morningside Drive, Apt. 2 Fond du Lac WI 54935 | | | Security deposit | | | | $ 555.00 |
| Account No: Creditor # : 36 Bower, Tyler 996A S. 3rd Street, Apt. 6 Menasha WI 54952 | | | Security deposit | | | | $ 400.00 |
| Account No: Creditor # : 37 Braley, Robert 1130 Cheri Blvd., Apt. 2 Marinette WI 54143 | | | Security deposit | | | | $ 445.00 |
| Account No: Creditor # : 38 Brester, Michael 135 Peters Avenue, Apt. 6 Fond du Lac WI 54935 | | | Security deposit | | | | $ 595.00 |

Sheet No.  7  of  59  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 2,405.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re John P. Savage _____,   Case No._____
                    **Debtor(s)**                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 39<br>Buhrow, Charlene & George<br>246 N Washington St Apt 202<br>Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |
| Account No:<br>Creditor # : 40<br>Burns, Dawn<br>1219 Cheri Blvd., Apt. 7<br>Marinette WI 54143 | | | Security deposit | | | | $ 495.00 |
| Account No:<br>Creditor # : 41<br>Burrow, Darlene<br>107 Peters Avenue, Apt. 10<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 540.00 |
| Account No:<br>Creditor # : 42<br>Cabos, Victor & Fajardo, Gloria<br>10143 W. Forest Home Ave. #107<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No:<br>Creditor # : 43<br>Campos, Petre & Ana<br>260 N Washington St Apt 104<br>Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |

Sheet No. 8 of 59 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 2,745.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re John P. Savage _____ ,      Case No. _____

Debtor(s)                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 44<br>Carson, Lamond<br>1000D S. 3rd Street, Apt. 2<br>Menasha WI 54952 | | | Security deposit | | | | $ 475.00 |
| Account No:<br>Creditor # : 45<br>Cattani, Jason<br>10141 W. Forest Home Ave. #106<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 640.00 |
| Account No:<br>Creditor # : 46<br>Cerney, Boyd & Tiffany<br>301 S. Brooklyn St., Apt. 2<br>Berlin WI 54923 | | | Security deposit | | | | $ 480.00 |
| Account No:<br>Creditor # : 47<br>Cervantes, Sherry<br>10147 W. Forest Home Ave. #204<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No:<br>Creditor # : 48<br>Chappa, Mary<br>285 S. Brooklyn St, Apt. 3<br>Berlin WI 54923 | | | Security deposit | | | | $ 480.00 |

Sheet No. 9 of 59 continuation sheets attached to Schedule of          Subtotal $          $ 2,815.00
Creditors Holding Unsecured Nonpriority Claims

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  *John P. Savage*_____,     Case No._____
                          **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 49<br>Chee Yang Xiong<br>996C S. 3rd Street, Apt. 3<br>Menasha WI 54952 | | | Security deposit | | | | $ 405.00 |
| Account No:<br>Creditor # : 50<br>Cherry, Kimberly<br>1145 Cheri Blvd., Apt. 5<br>Marinette WI 54143 | | | Security deposit | | | | $ 520.00 |
| Account No:<br>Creditor # : 51<br>Christophersen, Tina<br>1145 Cheri Blvd., Apt. 7<br>Marinette WI 54143 | | | Security deposit | | | | $ 490.00 |
| Account No:<br>Creditor # : 52<br>Christus, Tim & Kayla<br>107 Peters Avenue, Apt. 11<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 600.00 |
| Account No:<br>Creditor # : 53<br>City of Berlin<br>108 N. Capron Street<br>P.O. Box 272<br>Berlin WI  54923 | | | Property Tax | | | | $ 0.00 |

Sheet No.  _10_  of  _59_ continuation sheets attached to Schedule of        Subtotal $        $ 2,015.00
Creditors Holding Unsecured Nonpriority Claims                                    Total $
                                                        (Use only on last page of the completed Schedule F. Report also on Summary of
                                                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  John P. Savage _____,    Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 54<br>City of Fond du Lac<br>160 S. Macy Street<br>Fond du Lac WI 54935 | | | Property Tax | | | | $ 0.00 |
| Account No:<br>Creditor # : 55<br>City of Menasha<br>140 Main Streeet<br>Menasha WI 54952 | | | Property Tax | | | | $ 0.00 |
| Account No:<br>Creditor # : 56<br>Clancy, Jocelyn & Bouressa, Kathleen<br>996D S. 3rd Street, Apt. 2<br>Menasha WI 54952 | | | Security deposit | | | | $ 420.00 |
| Account No:<br>Creditor # : 57<br>Commerce State Bank<br>1700 South Silverbrook Drive<br>West Bend WI  53090 | | | Loan | | | | $ 200,000.00 |
| Account No:<br>Creditor # : 58<br>Connelly, Camile<br>202 Morningside Drive, Apt. 3<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 545.00 |

Sheet No. __11__ of __59__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 200,965.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_____,        Case No._____
                        **Debtor(s)**                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 59 Crozier, Jim 1130 Cheri Blvd., Apt. 4 Marinette WI 54143 | | | Security deposit | | | | $ 450.00 |
| Account No: Creditor # : 60 Cruz, Chris & Garcia, Tia 10135 W. Forest Home Ave. #201 Hales Corners WI 53130 | | | Security deposit | | | | $ 300.00 |
| Account No: Creditor # : 61 Dancy 996C S. 3rd Street, Apt. 4 Menasha WI 54952 | | | Security deposit | | | | $ 299.00 |
| Account No: Creditor # : 62 Dauti, Medin 246 N Washington St Apt 207 Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |
| Account No: Creditor # : 63 Davis, Shawn & Wing, Wendy 1000A S. 3rd Street, Apt. 8 Menasha WI 54952 | | | Security deposit | | | | $ 475.00 |

Sheet No. _12_ of _59_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,009.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  _John P. Savage_____,     Case No. _____
          **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 64<br>Davis, Terry<br>302 S. Grove St., Apt. 2<br>Berlin WI 54923 | | | Security deposit | | | | $ 50.00 |
| Account No:<br>Creditor # : 65<br>Dehut, Ron & Jen<br>1145 Cheri Blvd., Apt. 6<br>Marinette WI 54143 | | | Security deposit | | | | $ 505.00 |
| Account No:<br>Creditor # : 66<br>Del Rio, Raul Mata<br>996B S. 3rd Street, Apt. 3<br>Menasha WI 54952 | | | Security deposit | | | | $ 475.00 |
| Account No:<br>Creditor # : 67<br>Deppe, Kelly<br>286 S. Grove St., Apt 2<br>Berlin WI 54923 | | | Security deposit | | | | $ 480.00 |
| Account No:<br>Creditor # : 68<br>DeZorn, Larry<br>135 Peters Avenue, Apt. A<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 650.00 |

Sheet No. _13_ of _59_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,160.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re John P. Savage                                    ,    Case No. _____
               **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 69<br>Dorios, Stathis<br>10159 W. Forest Home Ave. #103<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 640.00 |
| Account No:<br>Creditor # : 70<br>Downs, Dustin<br>1129 Cheri Blvd., Apt. 8<br>Marinette WI 54143 | | | Security deposit | | | | $ 520.00 |
| Account No:<br>Creditor # : 71<br>Duffy, Casey<br>10151 W. Forest Home Ave. #106<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No:<br>Creditor # : 72<br>Dunlap, Adam<br>135 Peters Avenue, Apt. 8<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 455.00 |
| Account No:<br>Creditor # : 73<br>Ebing, Joe & Jenna<br>103 Peters Avenue, Apt. 15<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 580.00 |

Sheet No. _14_ of _59_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,935.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re John P. Savage _____ ,  Case No. _____
               **Debtor(s)**                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 74 Espinoza, Ileana/Herandez, Maria 996B S. 3rd Street, Apt. 7 Menasha WI 54952 | | | Security deposit | | | | $ 510.00 |
| Account No: Creditor # : 75 Estes, Linda 10135 W. Forest Home Ave. #101 Hales Corners WI 53130 | | | Security deposit | | | | $ 640.00 |
| Account No: Creditor # : 76 Fabricies, Natay 246 N Washington St Apt 107 Berlin WI 54923 | | | Security deposit | | | | $ 370.00 |
| Account No: Creditor # : 77 Fairchild, Adam & Ballogh, Ryan 10151 W. Forest Home Ave. #208 Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No: Creditor # : 78 Felski, Chad 10137 W. Forest Home Ave. #207 Hales Corners WI 53130 | | | Security deposit | | | | $ 730.00 |

Sheet No. _15_ of _59_ continuation sheets attached to Schedule of                    Subtotal $      $ 2,990.00
Creditors Holding Unsecured Nonpriority Claims                                  Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re John P. Savage _____ ,     Case No. _____
                    Debtor(s)                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 79<br>Femal, Heather & Jeremy<br>301 S. Brooklyn St., Apt. 5<br>Berlin WI 54923 | | | Security deposit | | | | $ 480.00 |
| Account No:<br>Creditor # : 80<br>Fero, Warren & Adam<br>1000A S. 3rd Street, Apt. 1<br>Menasha WI 54952 | | | Security deposit | | | | $ 500.00 |
| Account No:<br>Creditor # : 81<br>Flora, Adriana<br>996B S. 3rd Street, Apt. 5<br>Menasha WI 54952 | | | Security deposit | | | | $ 475.00 |
| Account No:<br>Creditor # : 82<br>Floyd<br>220 Morningside Drive, Apt. 4<br>Fond du Lac WI 54935 | | | Security | | | | $ 565.00 |
| Account No:<br>Creditor # : 83<br>Fond du Lac County<br>160 S. Macy Street<br>Fond du Lac WI 54935 | | | Property Tax | | | | $ 0.00 |

Sheet No. 16 of 59 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,020.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re <u>John P. Savage</u> ,      Case No. _____
              Debtor(s)                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 84 Ford, Bruce/Wannet, Kelly 135 Peters Avenue Fond du Lac WI 54935 | | Security deposit | | | | $ 650.00 |
| Account No: Creditor # : 85 Fox, Robert 1000C S. 3rd Street, Apt. 1 Menasha WI 54952 | | Security deposit | | | | $ 375.00 |
| Account No: Creditor # : 86 Franzen, Brian & Tara Jo 10135 W. Forest Home Ave. #204 Hales Corners WI 53130 | | Security deposit | | | | $ 730.00 |
| Account No: Creditor # : 87 Freund, Trisha 996C S. 3rd Street, Apt. 1 Menasha WI 54952 | | Security deposit | | | | $ 395.00 |
| Account No: Creditor # : 88 Frigo, Rick 107 Peters Avenue, Apt. 1 Fond du Lac WI 54935 | | Security deposit | | | | $ 620.00 |

Sheet No. __17__ of __59__ continuation sheets attached to Schedule of           Subtotal $ | $ 2,770.00
Creditors Holding Unsecured Nonpriority Claims                     Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_____,  Case No._____
                    **Debtor(s)**                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 89<br>Fuchs, Rosemarie<br>10141 W. Forest Home Ave. #107<br>Hales Corners WI 53130 | | Security deposit | | | | $ 630.00 |
| Account No:<br>Creditor # : 90<br>Gaines, Kim<br>1130 Cheri Blvd., Apt. 3<br>Marinette WI 54143 | | Security deposit | | | | $ 400.00 |
| Account No:<br>Creditor # : 91<br>Galindo, Jose<br>260 N Washington St Apt 108<br>Berlin WI 54923 | | Security deposit | | | | $ 410.00 |
| Account No:<br>Creditor # : 92<br>Galligan, Marie<br>1000A S. 3rd Street, Apt. 2<br>Menasha WI 54952 | | Security deposit | | | | $ 475.00 |
| Account No:<br>Creditor # : 93<br>Garcia, Andrew & McCain, Kristen<br>285 S. Brooklyn St., Apt. 6<br>Berlin WI 54923 | | Security deposit | | | | $ 480.00 |

Sheet No. _18_ of _59_ continuation sheets attached to Schedule of    Subtotal $    $ 2,395.00
Creditors Holding Unsecured Nonpriority Claims                         Total $
                                (Use only on last page of the completed Schedule F. Report also on Summary of
                                Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  _John P. Savage_ ,                                      Case No. _____
                  **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| H--Husband W--Wife J--Joint C--Community | | | | | | |
| Account No:<br>Creditor # : 94<br>Garcia, Junior<br>1000B S. 3rd Street, Apt. 3<br>Menasha WI 54952 | | Security deposit | | | | $ 395.00 |
| Account No:<br>Creditor # : 95<br>Gavanda, Barbara<br>135 Peters Avenue, Apt. 11<br>Fond du Lac WI 54935 | | Security deposit | | | | $ 570.00 |
| Account No:<br>Creditor # : 96<br>Gibbons, Heather<br>10143 W. Forest Home Ave. #205<br>Hales Corners WI 53130 | | Security deposit | | | | $ 740.00 |
| Account No:<br>Creditor # : 97<br>Gokey, Mike & Ann<br>1205 Cheri Blvd., Apt. 7<br>Marinette WI 54143 | | Security deposit | | | | $ 460.00 |
| Account No:<br>Creditor # : 98<br>Gonzalez, Tim & LaMarche, Kayla<br>10143 W. Forest Home Ave. #105<br>Hales Corners WI 53130 | | Security deposit | | | | $ 740.00 |
| | | | | Subtotal $ | | $ 2,905.00 |
| | | | | Total $ | | |

Sheet No.  _19_  of  _59_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re <u>John P. Savage</u> ,      Case No. _____
            **Debtor(s)**                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 99<br>Gossar Bernal, Samantha<br>406 N Washington St Apt 103<br>Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |
| **Account No:**<br>Creditor # : 100<br>Gransell, Erika<br>285 S. Brooklyn St., Apt 1<br>Berlin WI 54923 | | | Security deposit | | | | $ 480.00 |
| **Account No:**<br>Creditor # : 101<br>Green Lake County<br>571 County Road A<br>P.O. Box 3188<br>Green Lake WI 54941 | | | Property Tax | | | | $ 0.00 |
| **Account No:**<br>Creditor # : 102<br>Green, Betty<br>107 Peters Avenue, Apt. 9<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 445.00 |
| **Account No:**<br>Creditor # : 103<br>Gretzon<br>1205 Cheri Blvd., Apt. 6<br>Marinette WI 54143 | | | Security deposit | | | | $ 520.00 |

Sheet No. <u>20</u> of <u>59</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal $     $ 1,930.00

            Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re __John P. Savage_____ ,   Case No. _____
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 104 Grosso, Deborah 1219 Cheri Blvd., Apt. 8 Marinette WI 54143 | | | Security deposit | | | | $ 520.00 |
| **Account No:** Creditor # : 105 Gunderson, Daniel 10135 W. Forest Home Ave. #104 Hales Corners WI 53130 | | | Security deposit | | | | $ 720.00 |
| **Account No:** Creditor # : 106 Gustke, Emily 286 S. Grove St., Apt. 3 Berlin WI 54923 | | | Security deposit | | | | $ 505.00 |
| **Account No:** Creditor # : 107 Guttursmon, Diane 10163 W. Forest Home Ave. #205 Hales Corners WI 53130 | | | Security deposit | | | | $ 760.00 |
| **Account No:** Creditor # : 108 Happel, Wayne & Schroeder, Blake 260 N Washington St Apt 207 Berlin WI 54923 | | | Security deposit | | | | $ 400.00 |

Sheet No. __21__ of __59__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,905.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re <u>John P. Savage</u>,                                   Case No. _____
               **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 109 Hargrove, Deanna 1000C S. 3rd Street, Apt. 7 Menasha WI 54952 | | | Security deposit | | | | $ 385.00 |
| Account No: Creditor # : 110 Harris, Barbara 10137 W. Forest Home Ave. #108 Hales Corners WI 53130 | | | Security deposit | | | | $ 600.00 |
| Account No: Creditor # : 111 Hatchett Lopez, Amanda 1000C S. 3rd Street, Apt. 3 Menasha WI 54952 | | | Security deposit | | | | $ 395.00 |
| Account No: Creditor # : 112 Heiman, Mercedes & Krevtzberg, Kay 996B S. 3rd Street, Apt. 4 Menasha WI 54952 | | | Security deposit | | | | $ 495.00 |
| Account No: Creditor # : 113 Hernandez, Emilio 285 S. Brooklyn St., Apt 2 Berlin WI 54923 | | | Security deposit | | | | $ 450.00 |

Sheet No. <u>22</u> of <u>59</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,325.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re John P. Savage _____ ,     Case No. _____

Debtor(s)                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: Creditor # : 114 Hernandez, Ranier 10139 W. Forest Home Ave. #103 Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No: Creditor # : 115 Hettenhaus, Jacalyn 103 Peters Avenue, Apt. 9 Fond du Lac WI 54935 | | | Security deposit | | | | $ 445.00 |
| Account No: Creditor # : 116 Houle, David 966A S. 3rd Street, Apt. 7 Menasha WI 54952 | | | Security deposit | | | | $ 395.00 |
| Account No: Creditor # : 117 Huber, Lauren 214 Morningside Drive, Apt. 2 Fond du Lac WI 54935 | | | Security deposit | | | | $ 545.00 |
| Account No: Creditor # : 118 Hudson, Grace & Trewin, Erica 111 Peters Avenue, Apt. 7 Fond du Lac WI 54935 | | | Security deposit | | | | $ 595.00 |

Sheet No. 23 of 59 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,720.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re <u>John P. Savage</u> ,
Case No._____
Debtor(s)
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 119 Huebner, Lindsey & Josh 111 Peters Avenue, Apt. 5 Fond du Lac WI 54935 | | | Security deposit | | | | $ 605.00 |
| Account No: Creditor # : 120 Hughes, Jacqne 1000A S. 3rd Street, Apt. 7 Menasha WI 54952 | | | Security deposit | | | | $ 500.00 |
| Account No: Creditor # : 121 Hunt, Gerald F. 260 N Washington St Apt 206 Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |
| Account No: Creditor # : 122 IRS - Madison Insolvency 545 Zor Shrine Place Madison WI 53719-2802 | | | | | | | $ 0.00 |
| Account No: Creditor # : 123 IRS - MILWAUKEE Insolvency Stop 5301-MIL 211 West Wisconsin Avenue Milwaukee WI 53203-2303 | | | | | | | $ 0.00 |

Sheet No. <u>24</u> of <u>59</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,590.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re John P. Savage                                    ,     Case No._____
              **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 124 IRS - Ch 11 - PA P.O. Box 7346 Philadelaphia PA 19101-7346 | | | | | | | $ 0.00 |
| Account No: Creditor # : 125 Jagerson, Brandon 301 S. Brooklyn St., Apt. 8 Berlin WI 54923 | | | Security deposit | | | | $ 480.00 |
| Account No: Creditor # : 126 Johnson, Rick & Debbie 135 Peters Avenue, Apt. 5 54395 | | | Security deposit | | | | $ 530.00 |
| Account No: Creditor # : 127 Jones, Kip & Alison 214 Morningside Drive, Apt. 1 Fond du Lac WI 54935 | | | Security deposit | | | | $ 825.00 |
| Account No: Creditor # : 128 Joski Tile & Carpet 1701 Ontario Road Green Bay WI 54311 | | | Carpet | | | | $ 4,111.77 |

Sheet No. 25 of 59 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 5,946.77
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

Case 13-22009-gmh    Doc 34    Filed 03/14/13    Page 41 of 94

In re  _John P. Savage_ _____ ,          Case No. _____

                 **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 129<br>Kaur, Garan Deep & Parminder<br>10155 W. Forest Home Ave. #101<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No:<br>Creditor # : 130<br>Kelser, Sharon<br>10151 W. Forest Home Ave. #107<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 715.00 |
| Account No:<br>Creditor # : 131<br>Kempf, David & Cleveland, Rose<br>111 Peters Avenue, Apt. 1<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 540.00 |
| Account No:<br>Creditor # : 132<br>Kiefner, Dennis<br>103 Peters Avenue, Apt. 16<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 530.00 |
| Account No:<br>Creditor # : 133<br>Kirchenstein, Dean/Greasland<br>202 Morningside Drive, Apt. 2<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 565.00 |

Sheet No. _26_ of _59_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                     **Subtotal $**       $ 3,090.00

                                                     **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re <u>John P. Savage</u>,      Case No. _____
            **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 134 <br> Kleczka, Steve <br> 10163 W. Forest Home Ave. #107 <br> Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No: <br> Creditor # : 135 <br> Koch, Russell <br> 103 Peters Avenue, Apt. 8 <br> Fond du Lac WI 54935 | | | Security deposit | | | | $ 495.00 |
| Account No: <br> Creditor # : 136 <br> Kofinis, Christos <br> 10159 W. Forest Home Ave. #201 <br> Hales Corners WI 53130 | | | Security deposit | | | | $ 640.00 |
| Account No: <br> Creditor # : 137 <br> Kopplin, Bridgette <br> 10139 W. Forest Home Ave. #202 <br> Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No: <br> Creditor # : 138 <br> Kraemer, Bobbie Jo <br> 214 Morningside Drive, Apt. 3 <br> Fond du Lac WI 54935 | | | Security deposit | | | | $ 565.00 |

Sheet No. <u>27</u> of <u>59</u> continuation sheets attached to Schedule of          Subtotal $        $ 3,180.00
Creditors Holding Unsecured Nonpriority Claims                           Total $
              (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_____,          Case No._____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 139 Krivanek, Andrew 107 Peters Avenue, Apt. 6 Fond du Lac WI 54935 | | | Security deposit | | | | $ 540.00 |
| **Account No:** Creditor # : 140 Krug, Herbert 107 Peters Avenue, Apt. 14 Fond du Lac WI 54935 | | | Security deposit | | | | $ 445.00 |
| **Account No:** Creditor # : 141 Kuehneman, Kerry 246 N. Washington St. Apt. 103 Berlin WI 54923 | | | Security deposit | | | | $ 410.00 |
| **Account No:** Creditor # : 142 Lagerman, Heidi 10155 W. Forest Home Ave. #204 Hales Corners WI 53130 | | | Security deposit | | | | $ 640.00 |
| **Account No:** Creditor # : 143 Lane, Shane 103 Peters Avenue, Apt. 1 Fond du Lac WI 54935 | | | Security deposit | | | | $ 595.00 |

Sheet No. _28_ of _59_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,630.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re John P. Savage _____,    Case No. _____
                        Debtor(s)                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 144<br>Lawson, Marvin<br>1000D S. 3rd Street, Apt. 4<br>Menasha WI 54952 | | | Security deposit | | | | $ 500.00 |
| Account No:<br>Creditor # : 145<br>Lekas, Elizabeth & Hill, Dakota<br>103 Peters Avenue, Apt. 14<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 505.00 |
| Account No:<br>Creditor # : 146<br>Lesniak, Glenda<br>246 N. Washington St., Apt. 10<br>Berlin WI 54923 | | | Security services | | | | $ 485.00 |
| Account No:<br>Creditor # : 147<br>Lewak, Troy<br>10141 W. Forest Home Ave. #205<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No:<br>Creditor # : 148<br>Locknem, Robyn<br>135 Peters Avenue, Apt. 204<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 515.00 |

Sheet No. 29 of 59 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                $ 2,745.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re John P. Savage _____ ,   Case No. _____
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 149<br>Longo, Mark<br>135 Peters Avenue, Apt. 10<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 445.00 |
| Account No:<br>Creditor # : 150<br>Losey, Julie<br>10163 W. Forest Home Ave. #207<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 720.00 |
| Account No:<br>Creditor # : 151<br>Lund, Margaret<br>1205 Cheri Blvd., Apt. 5<br>Marinette WI 54143 | | | Security deposit | | | | $ 490.00 |
| Account No:<br>Creditor # : 152<br>Madsen, Dennis<br>260 N Washington St Apt 204<br>Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |
| Account No:<br>Creditor # : 153<br>Maldonado, Elizabeth & Gallegos, Oscar<br>301 S. Brooklyn St., Apt. 7<br>Berlin WI 54923 | | | Security deposit | | | | $ 480.00 |

Sheet No. 30 of 59 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,620.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re __John P. Savage_____,     Case No._____
              **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 154<br>Malueg, Jr., Charles E.<br>996B S. 3rd Street, Apt. 8<br>Menasha WI 54952 | | | Security deposit | | | | $ 485.00 |
| Account No:<br>Creditor # : 155<br>Manchan, Errol & Kulwich, John<br>1205 Cheri Blvd., Apt. 2<br>Marinette WI 54143 | | | Security deposit | | | | $ 520.00 |
| Account No:<br>Creditor # : 156<br>Mandel, John & Gayle<br>111 Peters Avenue, Apt. 3<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 530.00 |
| Account No:<br>Creditor # : 157<br>Marach, Robert M.<br>10139 W. Forest Home Ave. #101<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 710.00 |
| Account No:<br>Creditor # : 158<br>Margaez, Kathy<br>966A S. 3rd St., Apt 1<br>Menasha WI 54952 | | | Security deposit | | | | $ 395.00 |

Sheet No. __31__ of __59__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                      Subtotal $       $ 2,640.00

                      Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  _John P. Savage_ _____ ,     Case No._____
                          **Debtor(s)**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 159<br>Marinette County<br>1926 Hall Avenue<br>Marinette WI 54143 | | | Property Tax | | | | $ 0.00 |
| Account No:<br>Creditor # : 160<br>Martel, Evan & McKenna, Elizabeth<br>10155 W. Forest Home Ave. #102<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 150.00 |
| Account No:<br>Creditor # : 161<br>Masalewicz, Rich & Brenda<br>10141 W. Forest Home Ave. #108<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 108.00 |
| Account No:<br>Creditor # : 162<br>Medrano, Manuel<br>260 N Washington St Apt 202<br>Berlin WI 54923 | | | Security deposit | | | | $ 425.00 |
| Account No:<br>Creditor # : 163<br>Medrano, Richard & Maria<br>286 S. Grove St., Apt. 8<br>Berlin WI 54923 | | | Security deposit | | | | $ 380.00 |

Sheet No. _32_ of _59_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal $    $ 1,063.00
                                                        Total $
                        (Use only on last page of the completed Schedule F. Report also on Summary of
                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ ,                                    Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 164<br>Medrano,Jr., Richard<br>302 S. Grove St., Apt. 4<br>Berlin WI 54923 | | | Security deposit | | | | $ 200.00 |
| Account No:<br>Creditor # : 165<br>Mendoza, Alberto & Rosa<br>996B S. 3rd Street, Apt. 2<br>Menasha WI 54952 | | | Security deposit | | | | $ 485.00 |
| Account No:<br>Creditor # : 166<br>Merinello, Lauren<br>246 N Washington St Apt 208<br>Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |
| Account No:<br>Creditor # : 167<br>Mermel<br>10135 W. Forest Home Ave. #102<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 750.00 |
| Account No:<br>Creditor # : 168<br>Metzinger, Annette<br>208 Morningside Drive, Apt. 2<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 545.00 |

Sheet No. _33_ of _59_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 2,465.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ _____ ,    Case No. _____

                    **Debtor(s)**                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 169 Milwaukee County Treasurer 901 N. 9th Street - Room 102 Milwaukee WI 53233-1425 | | | Property Tax | | | | $ 0.00 |
| **Account No:** Creditor # : 170 Mincek, Timothy 1000D S. 3rd Street, Apt. 1 Menasha WI 54952 | | | Security deposit | | | | $ 475.00 |
| **Account No:** Creditor # : 171 Mireles, Z. 996B S. 3rd Street, Apt. 1 Menasha WI 54952 | | | Security deposit | | | | $ 495.00 |
| **Account No:** Creditor # : 172 Morales, Thelma 285 S. Brooklyn St., Apt. 5 Berlin WI 54923 | | | Security deposit | | | | $ 470.00 |
| **Account No:** Creditor # : 173 Morbeck, Michael 10155 W. Forest Home Ave. #104 Hales Corners WI 53130 | | | Security deposit | | | | $ 630.00 |

Sheet No. _34_ of _59_ continuation sheets attached to Schedule of          Subtotal $          $ 2,070.00
Creditors Holding Unsecured Nonpriority Claims                               Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ _____ ,     Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 174<br>Moreno, Louis<br>1219 Cheri Blvd., Apt. 5<br>Marinette WI 54143 | | | Security deposit | | | | $ 550.00 |
| Account No:<br>Creditor # : 175<br>Morris, Alex<br>260 N Washington St Apt 101<br>Berlin WI 54923 | | | Security deposit | | | | $ 390.00 |
| Account No:<br>Creditor # : 176<br>Nandi, Sanjib & Udita, Heddad<br>260 N Washington St Apt 106<br>Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |
| Account No:<br>Creditor # : 177<br>Neal, William & Jean<br>103 Peters Avenue, Apt. A<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 620.00 |
| Account No:<br>Creditor # : 178<br>Nelson, Lisa & Kaster, Breanna<br>1129 Cheri Blvd., Apt. 2<br>Marinette WI 54143 | | | Security deposit | | | | $ 520.00 |

Sheet No. _35_ of _59_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 2,565.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re John P. Savage_____,     Case No._____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 179 Nett, Ashley 135 Peters Avenue, Apt. 3 Fond du Lac WI 54935 | | | Security deposit | | | | $ 495.00 |
| Account No: Creditor # : 180 Newcomer, Henry 103 Peters Avenue, Apt. 7 Fond du Lac WI 54935 | | | Security deposit | | | | $ 445.00 |
| Account No: Creditor # : 181 Nicholas, Roberta 246 N Washington St Apt 205 Berlin WI 54923 | | | Security deposit | | | | $ 390.00 |
| Account No: Creditor # : 182 Nitschke, Eric 220 Morningside Drive, Apt. 1 Fond du Lac WI 54935 | | | Security deposit | | | | $ 520.00 |
| Account No: Creditor # : 183 Nummerdor, Sue 107 Peters Avenue, Apt. 7 Fond du Lac WI 54935 | | | Security deposit | | | | $ 445.00 |

Sheet No. 36 of 59 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                Subtotal $     $ 2,295.00

                Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re John P. Savage _____,  Case No. _____
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 184<br>O'Connel, Layla<br>996C S. 3rd Street, Apt. 5<br>Menasha WI 54952 | | | Security deposit | | | | $ 365.00 |
| Account No:<br>Creditor # : 185<br>O'Laughin, Patrick<br>103 Peters Avenue, Apt. 4<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 445.00 |
| Account No:<br>Creditor # : 186<br>Olson, Amanda, & Kreuger, Danielle<br>285 S. Brooklyn St., Apt. 8<br>Berlin WI 54923 | | | Security deposit | | | | $ 480.00 |
| Account No:<br>Creditor # : 187<br>Olson, Ann & Gerald<br>10143 W. Forest Home Ave. #207<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 730.00 |
| Account No:<br>Creditor # : 188<br>Olson, Michael & Christine<br>260 N Washington St Apt 105<br>Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |

Sheet No. 37 of 59 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,505.00
Total $ |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re John P. Savage                                    ,          Case No._____
                    Debtor(s)                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 189 O'Malley, Daniel 107 Peters Avenue, Apt. 2 Fond du Lac WI 54935 | | | Security deposit | | | | $ 530.00 |
| **Account No:** Creditor # : 190 Park Bank 20300 Water Tower Blvd. Suite 100 Brookfield WI 53045 | | | Loan | | | | $ 49,988.00 |
| **Account No:** Creditor # : 191 Passer S. & Weeks T. 996C S. 3rd Street, Apt. 6 Menasha WI 54952 | | | Security deposit | | | | $ 405.00 |
| **Account No:** Creditor # : 192 Paul's Snowplowing & Landscaping 385 Groove Street Fond du Lac WI 54935 | | | incurred over time Services | | | | $ 2,540.60 |
| **Account No:** Creditor # : 193 Pederson, Rose & Nowak, Jack 246 N Washington St Apt 104 Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |

Sheet No. 38 of 59 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 53,948.60

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  John P. Savage _____,        Case No. _____

                              Debtor(s)                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 194<br>Perez, Delfino, Fernando<br>10137 W. Forest Home Ave. #105<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 730.00 |
| Account No:<br>Creditor # : 195<br>Perez, Jose & Marivel<br>260 N Washington St Apt 4<br>Berlin WI 54923 | | | Security deposit | | | | $ 430.00 |
| Account No:<br>Creditor # : 196<br>Peters, Cheryl & Johnson, Mark<br>135 Peters Avenue, Apt. 12<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 570.00 |
| Account No:<br>Creditor # : 197<br>Peters, Randy & Swette, Amanda<br>10137 W. Forest Home Ave. #205<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No:<br>Creditor # : 198<br>Petersen, Carrie<br>1145 Cheri Blvd., Apt. 8<br>Marinette WI 54143 | | | Security deposit | | | | $ 435.00 |

Sheet No. 39 of 59 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 2,905.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re __John P. Savage_____ ,          Case No. _____

                     **Debtor(s)**                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 199 Phalen, Robert 1129 Cheri Blvd., Apt. 3 Marinette WI 54143 | | | Security deposit | | | | $ 520.00 |
| Account No: Creditor # : 200 Phanmahovong, Mani 10139 W. Forest Home Ave. #104 Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No: Creditor # : 201 Pokos, Donald 10151 W. Forest Home Ave. #108 Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No: Creditor # : 202 Pokos, Donald 10163 W. Forest Home Ave. #108 Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No: Creditor # : 203 Potts, Laverne 111 Peters Avenue, Apt. 4 Fond du Lac WI 54935 | | | Security deposit | | | | $ 530.00 |

Sheet No. __40__ of __59__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 3,270.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ _____ ,    Case No. _____
          **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| Account No:<br>Creditor # : 204<br>Pyramax Bank<br>7001 W. Edgerton<br>Greenfield WI 53220 | | | Loan guarantee | | | | $ 750,000.00 |
| Account No:<br>Creditor # : 205<br>Rabe, Beverly & Agnello, John<br>10155 W. Forest Home Ave. #103<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No:<br>Creditor # : 206<br>Ramierez, Emilio<br>996B S. 3rd Street, Apt. 6<br>Menasha WI 54952 | | | Security deposit | | | | $ 469.00 |
| Account No:<br>Creditor # : 207<br>Ramos, Rogelio<br>10163 W. Forest Home Ave. #106<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 730.00 |
| Account No:<br>Creditor # : 208<br>Randels, Shane<br>107 Peters Avenue, Apt. 4<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 515.00 |

Sheet No. _41_ of _59_ continuation sheets attached to Schedule of                Subtotal $            $ 752,454.00
Creditors Holding Unsecured Nonpriority Claims                                         Total $
                                                          (Use only on last page of the completed Schedule F. Report also on Summary of
                                                          Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ _____,  Case No._____
                          **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 209<br>Rangel, Israel<br>107 Peters Avenue, Apt. 8<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 445.00 |
| Account No:<br>Creditor # : 210<br>Rech, Russell<br>135 Peters Avenue, Apt. 2<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 605.00 |
| Account No:<br>Creditor # : 211<br>Redjinski, Joan & Michael<br>10159 W. Forest Home Ave. #104<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 710.00 |
| Account No:<br>Creditor # : 212<br>Redlin, David<br>966A S. 3rd Street, Apt. 3<br>Menasha WI 54952 | | | Security deposit | | | | $ 375.00 |
| Account No:<br>Creditor # : 213<br>Reibe, Tami<br>107 Peters Avenue, Apt. A<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 650.00 |

Sheet No. 42 of 59 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  $ 2,785.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_____ ,     Case No._____
                **Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 214<br>Reilly, Max & Angle, Sabana<br>208 Morningside Drive, Apt. 1<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 555.00 |
| Account No:<br>Creditor # : 215<br>Rella, Carrie<br>301 S. Brooklyn St., Apt. 6<br>Berlin WI 54923 | | | Security deposit | | | | $ 480.00 |
| Account No:<br>Creditor # : 216<br>Rew, Dennis<br>260 N Washington St Apt 201<br>Berlin WI 54923 | | | Security deposit | | | | $ 390.00 |
| Account No:<br>Creditor # : 217<br>Reyes<br>1219 Cheri Blvd., Apt. 2<br>Marinette WI 54143 | | | Security deposit | | | | $ 520.00 |
| Account No:<br>Creditor # : 218<br>Rivers, Jenny<br>111 Peters Avenue, Apt. 6<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 470.00 |

Sheet No. _43_ of _59_ continuation sheets attached to Schedule of            Subtotal $       $ 2,415.00
Creditors Holding Unsecured Nonpriority Claims                                 Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_____,     Case No._____

                    **Debtor(s)**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 219 Robertson, Amanda 10143 W. Forest Home Ave. #206 Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No: Creditor # : 220 Rodenkirch, Matthew/Mandeik, Travis 246 N Washington St Apt 203 Berlin WI 54923 | | | Security deposit | | | | $ 410.00 |
| Account No: Creditor # : 221 Roffers, Rob 10141 W. Forest Home Ave. #206 Hales Corners WI 53130 | | | Security deposit | | | | $ 630.00 |
| Account No: Creditor # : 222 Roix, Terri & Paulette 10151 W. Forest Home Ave. #205 Hales Corners WI 53130 | | | Security deposit | | | | $ 730.00 |
| Account No: Creditor # : 223 Rolling, Kenneth 1043 W. Forest Home Ave. #208 Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |

Sheet No. __44__ of __59__ continuation sheets attached to Schedule of
Creditors Holding Nonpriority Claims

Subtotal $      $ 3,250.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _John P. Savage_____,  Case No._____
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 224<br>Rosa, Heather<br>10147 W. Forest Home Ave. #104<br>Cedar Grove WI 53013 | | | Security deposit | | | | $ 740.00 |
| Account No:<br>Creditor # : 225<br>Salinas, Luciano<br>10147 W. Forest Home Ave. #102<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| Account No:<br>Creditor # : 226<br>Sanchez, Jose<br>996C S. 3rd Street, Apt. 2<br>Menasha WI 54952 | | | Security deposit | | | | $ 405.00 |
| Account No:<br>Creditor # : 227<br>Sanchez, Maria<br>10137 W. Forest Home Ave. #107<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 735.00 |
| Account No:<br>Creditor # : 228<br>Schable, Kyly<br>103 Peters Avenue, Apt. 10<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 300.00 |

Sheet No. _45_ of _59_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,920.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ _____ ,    Case No. _____
                        **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 229 Schaefer, Melinda 246 N Washington St Apt 106 Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |
| Account No: Creditor # : 230 Schaefer, Robert 10163 W. Forest Home Ave. #105 Hales Corners WI 53130 | | | Security deposit | | | | $ 765.00 |
| Account No: Creditor # : 231 Scherzer, Lorenz 260 N Washington St Apt 102 Berlin WI 54923 | | | Security deposit | | | | $ 410.00 |
| Account No: Creditor # : 232 Schmidt, John 208 Morningside Drive, Apt. 4 Fond du Lac WI 54935 | | | Security deposit | | | | $ 565.00 |
| Account No: Creditor # : 233 Schmitz, Amanda & Dominic 111 Peters Avenue, Apt. 8 Fond du Lac WI 54935 | | | Security deposit | | | | $ 570.00 |

Sheet No. _46_ of _59_ continuation sheets attached to Schedule of                    Subtotal $    $ 2,795.00
Creditors Holding Unsecured Nonpriority Claims                                          Total $
                                         (Use only on last page of the completed Schedule F. Report also on Summary of
                                         Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re <u>John P. Savage</u> ,

Debtor(s)

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 234<br>Schnedier, Paul<br>10147 W. Forest Home Ave. #201<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 640.00 |
| Account No:<br>Creditor # : 235<br>Schroeder, John M.<br>10159 W. Forest Home Ave. #102<br>Hales Corners WI 53130 | | | Security deposit | | | | $ 730.00 |
| Account No:<br>Creditor # : 236<br>Schulz, Jason<br>1145 Cheri Blvd., Apt. 2<br>Marinette WI 54143 | | | Security deposit | | | | $ 500.00 |
| Account No:<br>Creditor # : 237<br>Schweitzer, Beck (Judy Sharpless)<br>996D S. 3rd Street, Apt. 3<br>Menasha WI 54952 | | | Security deposit | | | | $ 375.00 |
| Account No:<br>Creditor # : 238<br>Secord III, Larry<br>103 Peters Avenue, Apt, 2<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 555.00 |

Sheet No. <u>47</u> of <u>59</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,800.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ _____,          Case No. _____
                         **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 239<br>Seichter, Karen<br>107 Peters Avenue, Apt. 12<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 590.00 |
| **Account No:**<br>Creditor # : 240<br>Sertle/Nieves/Ward, Patrick<br>260 N Washington St Apt 107<br>Berlin WI 54923 | | | Security deposit | | | | $ 425.00 |
| **Account No:**<br>Creditor # : 241<br>Seth, Jason & Amber<br>135 Peters Avenue, Apt. 1<br>Fond du Lac WI 54935 | | | Security deposit | | | | $ 400.00 |
| **Account No:**<br>Creditor # : 242<br>Shier, David<br>996A S. 3rd Street, Apt. 4<br>Menasha WI 54952 | | | Security deposit | | | | $ 375.00 |
| **Account No:**<br>Creditor # : 243<br>Shilobrit, James<br>1000C S. 3rd Street, Apt. 4<br>Menasha WI 54952 | | | Security deposit | | | | $ 375.00 |

Sheet No. _48_ of _59_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,165.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  John P. Savage _____ ,        Case No. _____
            Debtor(s)                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 244* *Shipp, Cristel* *214 Morningside Drive, Apt. 4* *Fond du Lac WI 54935* | | | *Security deposit* | | | | $ 545.00 |
| Account No: *Creditor # : 245* *Singh, Harwinder* *10143 W. Forest Home Ave. #108* *Hales Corners WI 53130* | | | *Security deposit* | | | | $ 740.00 |
| Account No: *Creditor # : 246* *Skorie, Rene* *996A S. 3rd Street, Apt. 2* *Menasha WI 54952* | | | *Security deposit* | | | | $ 395.00 |
| Account No: *Creditor # : 247* *Smith, Chris & Rick* *1000A S. 3rd Street, Apt. 3* *Menasha WI 54952* | | | *Security deposit* | | | | $ 475.00 |
| Account No: *Creditor # : 248* *Smith, Janet* *10159 W. Forest Home Ave. #101* *Hales Corners WI 53130* | | | *Security deposit* | | | | $ 640.00 |

Sheet No.  49  of    59  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 2,795.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re __John P. Savage_____ ,          Case No. _____

                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 249 Smith, Michelle & Czeirnecki, John 107 Peters Avenue, Apt. 15 Fond du Lac WI 54935 | | | Security deposit | | | | $ 605.00 |
| **Account No:** Creditor # : 250 Snow, Scott & Amanda 103 Peters Avenue, Apt. C Fond du Lac WI 54935 | | | Security deposit | | | | $ 645.00 |
| **Account No:** Creditor # : 251 Soluck, Elan/Avelleyra, Augustine 220 Morningside Drive, Apt. 3 Fond du Lac WI 54935 | | | Security deposit | | | | $ 545.00 |
| **Account No:** Creditor # : 252 Sommers, Margie 1000A S. 3rd Street, Apt. 6 Menasha WI 54952 | | | Security deposit | | | | $ 485.00 |
| **Account No:** Creditor # : 253 Springfield, Natalie 10135 W. Forest Home Ave. #103 Hales Corners WI 53130 | | | Security deposit | | | | $ 400.00 |

Sheet No. __50__ of __59__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,680.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_____ ,   Case No._____

Debtor(s)                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 254 Sromalla, Carole 10155 W. Forest Home Ave. #203 Hales Corners WI 53130 | | | Security deposit | | | | $ 740.00 |
| **Account No:** Creditor # : 255 Steinberger, Amy 10151 W. Forest Home Ave. #205 Hales Corners WI 53130 | | | Security deposit | | | | $ 785.00 |
| **Account No:** Creditor # : 256 Stoinski, Wade & Sarah 107 Peters Avenue, Apt. C Fond du Lac WI 54935 | | | Security deposit | | | | $ 205.00 |
| **Account No:** Creditor # : 257 Stokes, Michelle & Jester, Jake 286 S Grove St., Apt 1 Berlin WI 54923 | | | Security deposit | | | | $ 150.00 |
| **Account No:** Creditor # : 258 Strauss, David & Beth 135 Peters Avenue, Apt. D Fond du Lac WI 54935 | | | Security deposit | | | | $ 620.00 |

Sheet No. _51_ of _59_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,500.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ _____,     Case No._____
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 259 Stronbants, Leigh, David, & Karen 301 S. Brooklyn St., Apt. 1 Berlin WI 54923 | | | Security deposit | | | | $ 480.00 |
| Account No: Creditor # : 260 Sullivan, Brad 996A S. 3rd Street, Apt. 6 Menasha WI 54952 | | | Security deposit | | | | $ 425.00 |
| Account No: Creditor # : 261 Sullivan, Chris & Schipper, Sherry 996C S. 3rd Street, Apt. 7 Menasha WI 54952 | | | Security deposit | | | | $ 475.00 |
| Account No: Creditor # : 262 Sullivan, M. 996C S. 3rd Street, Apt. 8 Menasha WI 54952 | | | Security deposit | | | | $ 395.00 |
| Account No: Creditor # : 263 Tang Jia (II) 260 N Washington St Apt 205 Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |

Sheet No. _52_ of _59_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,260.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_____,   Case No._____
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 264 Tang, Jia Xin, Yu Zhen & Jia Qiang 260 N Washington St Apt 203 Berlin WI 54923 | | | Security deposit | | | | $ 485.00 |
| Account No: Creditor # : 265 TECC Security P.O. Box 7757 Appleton WI 54912 | | | Alarm | | | | $ 3,221.40 |
| Account No: Creditor # : 266 Tennier, Judith 102 Peters Avenue, Apt. 5 Fond du Lac WI 54935 | | | Security deposit | | | | $ 530.00 |
| Account No: Creditor # : 267 Thern, Gary & Sheri 103 Peters Avenue, Apt. B Fond du Lac WI 54935 | | | Security deposit | | | | $ 620.00 |
| Account No: Creditor # : 268 Torreblanco, Jamie & Anibal 302 S. Grove St., Apt. 7 Berlin WI 54923 | | | Security deposit | | | | $ 480.00 |

Sheet No. _53_ of _59_ continuation sheets attached to Schedule of                    Subtotal $ | $ 5,336.40
Creditors Holding Unsecured Nonpriority Claims                                              Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ _____ ,     Case No. _____

                    **Debtor(s)**                                                    *(if known)*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

*(Continuation Sheet)*

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 269 Tosh, Glen 202 Morningside Drive, Apt. 4 Fond du Lac WI 54935 | | | Security deposit | | | | $ 550.00 |
| Account No: Creditor # : 270 Trudeau, Rosalie 996D S. 3rd Street, Apt. 1 Menasha WI 54952 | | | Security deposit | | | | $ 395.00 |
| Account No: Creditor # : 271 Turner, Danielle 1000D S. 3rd Street, Apt. 3 Menasha WI 54952 | | | Security deposit | | | | $ 475.00 |
| Account No: Creditor # : 272 Tweedy, Mark & Leila 107 Peters Avenue, Apt. D Fond du Lac WI 54935 | | | Security deposit | | | | $ 620.00 |
| Account No: Creditor # : 273 Valenzuela, David & Vargis, Elvira 302 S. Grove St., Apt. 1 Berlin WI 54923 | | | Security deposit | | | | $ 480.00 |

Sheet No. _54_ of ___59_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,520.00

Total $

*(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related*

In re  John P. Savage
_____ ,
              **Debtor(s)**

Case No._____
                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 274 Van Boxtel, Paul 1000B S. 3rd Street, Apt. 4 Menasha WI 54952 | | | Security deposit | | | | $ 375.00 |
| Account No: Creditor # : 275 van Veldbuise 1000A S. 3rd Street, Apt. 5 Menasha WI 54952 | | | Security deposit | | | | $ 475.00 |
| Account No: Creditor # : 276 Vanden Heuvel, Nicole 996A S. 3rd Street, Apt. 5 Menasha WI 54952 | | | Security deposit | | | | $ 395.00 |
| Account No: Creditor # : 277 Verdine, Chris 107 Peters Avenue, Apt. 13 Fond du Lac WI 54935 | | | Security deposit | | | | $ 515.00 |
| Account No: Creditor # : 278 Village of Hales Corners 5635 S. New Berlin Road Hales Corners WI 53153 | | | Property Tax | | | | $ 0.00 |

Sheet No. 55 of 59 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,760.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ _____ ,   Case No._____

                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 279 Vishnu Reddy Alla 1219 Cheri Blvd., Apt. 1 Marinette WI 54143 | | | Security deposit | | | | $ 550.00 |
| **Account No:** Creditor # : 280 Wait, Gordon & Coreen 10139 W. Forest Home Ave. #102 Hales Corners WI 53130 | | | Security deposit | | | | $ 550.00 |
| **Account No:** Creditor # : 281 Waldrop 1000C S. 3rd Street, Apt. 6 Menasha WI 54952 | | | Security deposit | | | | $ 435.00 |
| **Account No:** Creditor # : 282 Walker, R. 1219 Cheri Blvd., Apt. 6 Marinette WI 54143 | | | Security deposit | | | | $ 490.00 |
| **Account No:** Creditor # : 283 Wallender, Patricia 111 Peters Avenue, Apt. 2 Fond du Lac WI 54935 | | | Security deposit | | | | $ 530.00 |

Sheet No. _56_ of _59_ continuation sheets attached to Schedule of                                         Subtotal $          $ 2,555.00

Creditors Holding Unsecured Nonpriority Claims                                                                  Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ ,      Case No. _____
_____
**Debtor(s)**                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 284 Walz, Ashley 135 Peters Avenue, Apt. 7 Fond du Lac WI 54935 | | Security deposit | | | | $ 495.00 |
| **Account No:** Creditor # : 285 Webster, Becky & Harder, Brian 103 Peters Avenue, Apt. 11 Fond du Lac WI 54935 | | Security deposit | | | | $ 605.00 |
| **Account No:** Creditor # : 286 Weich, Troy 107 Peters Avenue, Apt. B Fond du Lac WI 54935 | | Security deposit | | | | $ 205.00 |
| **Account No:** Creditor # : 287 Weise, Kenneth 103 Peters Avenue, Apt. 12 Fond du Lac WI 54935 | | Security deposit | | | | $ 545.00 |
| **Account No:** Creditor # : 288 White, Vicki & Michael 1000B S. 3rd Street, Apt. 7 Menasha WI 54952 | | Security deposit | | | | $ 375.00 |

Sheet No. _57_ of _59_ continuation sheets attached to Schedule of          **Subtotal $**     $ 2,225.00
Creditors Holding Unsecured Nonpriority Claims             **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ _____ ,     Case No. _____

                    **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 289 Wickman, Willie 1130 Cheri Blvd., Apt. 1 Marinette WI 54143 | | | Security deposit | | | | $ 395.00 |
| **Account No:** Creditor # : 290 Willert, Rachel 1000C S. 3rd Street, Apt. 5 Menasha WI 54952 | | | Security deposit | | | | $ 250.00 |
| **Account No:** Creditor # : 291 Willett, Bobbi 202 Morningside Drive, Apt. 1 Fond du Lac WI 54935 | | | Security deposit | | | | $ 545.00 |
| **Account No:** Creditor # : 292 Williams, Darrel & Shennel 135 Peters Avenue, Apt. 15 Fond du Lac WI 54935 | | | Security deposit | | | | $ 595.00 |
| **Account No:** Creditor # : 293 WISC Dept of Revenue - MILW PO Box 930208 Bankruptcy Milwaukee WI 53293-0208 | | | | | | | $ 0.00 |

Sheet No. _58_ of _59_ continuation sheets attached to Schedule of          Subtotal $  | $ 1,785.00
Creditors Holding Unsecured Nonpriority Claims                                                Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re John P. Savage                                    ,        Case No._____
        **Debtor(s)**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 294 WISC Dept of Revenue - MADISON PO Box 8901 Madison WI 53708-8901 | | | | | | | $ 0.00 |
| Account No: Creditor # : 295 Wojtkiewicz, Ben 1205 Cheri Blvd., Apt. 3 Marinette WI 54143 | | | Security deposit | | | | $ 500.00 |
| Account No: Creditor # : 296 Wolfe, Patrick 1129 Cheri Blvd., Apt. 1 Marinette WI 54143 | | | Security deposit | | | | $ 490.00 |
| Account No: Creditor # : 297 Yadon, William 260 N Washington St Apt 1 Berlin WI 54923 | | | Security deposit | | | | $ 385.00 |
| Account No: Creditor # : 298 Young, Amanda 1000B S. 3rd Street, Apt. 5 Menasha WI 54952 | | | Security deposit | | | | $ 573.00 |

Sheet No. 59 of 59 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,948.00

Total $ | $ 1,155,834.54

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John P. Savage_ _____ / Debtor    Case No. _____
                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Leases with tenants_ | Contract Type: _Tenancy_<br>Terms: _note exceeding one (1) year_<br>Beginning date:<br>Debtor's Interest:<br>Description: _Leases with various tenants in Debtor's various apartments projects_<br>Buyout Option: |

Page __1__ of __1__

B6H (Official Form 6H) (12/07)

In re _John P. Savage_ _____ / Debtor    Case No. _____
                                                                      (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Patricia Savage_<br>_8205 N. Regent Road_<br>_Fox Point  WI   53217_ | _BMO Harris Bank N.A._<br>_770 North Water Street_<br>_Milwaukee WI    53202_ |

Page ___1___ of ___1___

**In re** *John P. Savage* _____ ,      **Case No.** _____

                 **Debtor(s)**                                                                       (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Attorney/Investor* | *Housewife* |
| Name of Employer | *Self-Employed* | |
| How Long Employed | *37 years* | |
| Address of Employer | *1551 N. Prospect Avenue* *Milwaukee WI  53202* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other  (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 9,000.00 | $ 0.00 |
| 9. Interest and dividends | $ 20.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance    (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income    (Specify): *Evictor, INc.* | $ 390.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 9,410.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME     (Add amounts shown on lines 6 and 14) | $ 9,410.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:  (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 9,410.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re __John P. Savage_____,        Case No. _____
                  **Debtor(s)**                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 3,100.00 |
|    a. Are real estate taxes included?  Yes ☒  No ☐ | |
|    b. Is property insurance included?  Yes ☒  No ☐ | |
| 2. Utilities: a. Electricity and heating fuel | $ 50.00 |
|    b. Water and sewer | $ 0.00 |
|    c. Telephone | $ 0.00 |
|    d. Other   *cable* | $ 127.00 |
|    Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 315.00 |
| 4. Food | $ 400.00 |
| 5. Clothing | $ 40.00 |
| 6. Laundry and dry cleaning | $ 40.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 0.00 |
|    b. Life | $ 392.00 |
|    c. Health | $ 1,020.00 |
|    d. Auto | $ 65.00 |
|    e. Other | $ 0.00 |
|    Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 500.00 |
|    b. Other: | $ 0.00 |
|    c. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 4,600.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: | $ 0.00 |
|    Other: | $ 0.00 |
| | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ 10,799.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|    a. Average monthly income from Line 16 of Schedule I | $ 9,410.00 |
|    b. Average monthly expenses from Line 18 above | $ 10,799.00 |
|    c. Monthly net income (a. minus b.) | $ (1,389.00) |

In re <u>*John P. Savage*</u>                                          Case No. _____
                                   Debtor                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>*79*</u> sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____*3/14/13*_____            Signature _____
                                                                              *John P. Savage*

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re: *John P. Savage*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Year to date: | 295,711 (GROSS WITHOUT DEDUCTIONS FOR LAW & REAL ESTATE BUSINESS) |
| Last Year: | |
| Year before: 2011 | $5,299.00 |
| 2010 | $6,497.00 |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

| AMOUNT | SOURCE |
|---|---|
| *Year to date:* | |
| *Last Year:* | |
| *Year before:2011* | *Interest - $334.00; Dividends - $32.90; Capital Gain - $145,430.00; Pension - $4,399.00* |
| *2010* | *Interest - $554.00; Dividends - $6,069.00* |

---

**3. Payments to creditors**

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor: Jeff Christensen* *Address: 2101 W Perdue Street* *P.O. Box 090350* *Milwaukee, WI 53209* | *01-29-2013* | *6,000.00* | *-0-* |
| *Creditor: Kravit Hovel & Krawczyk, SC* *Address: 825 N. Jefferson Street* *Milwaukee, WI 53202* | *12-03-2012* | *14,530.44* | *-0-* |
| *Creditor: BMO Harris Bank (Berlin Property)* *Address: 770 N. Water Street* *Milwaukee, WI 53202* | *12-18-2012* | *10,230.00* | |
| *Creditor: BMO Harris Bank (Berlin Property)* *Address: 770 N. Water Street* *Milwaukee, WI 53202* | *01-16-2013* | *9,872.83* | |
| *Creditor: City of Fond du Lac (Chateau Parc)* *Address: 160 S. Macy* *Fond du Lac, WI 54935* | *12-17-2012* | *9,772.57* | |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Creditor: BMO Harris Bank (Chateau Parc Property) Address: 770 N. Water Street Milwaukee, WI 53202 | 12-18-2012 | 11,250.00 | |
| Creditor: BMO Harris Bank (Chateau Parc Property) Address: 770 N. Water Street Milwaukee, WI 53202 | 01-15-2013 | 11,215.22 | |
| Creditor: BMO Harris Bank (Chateau Parc Property) Address: 770 N. Water Street Milwaukee, WI 53202 | 01-30-2013 | 7,000.00 | |
| Creditor:BMO Harris Bank (Chateau Parc Proeprty) Address: 770 N. Water Street Milwaukee, WI 53202 | 02-06-2013 | 6,500.00 | |
| Creditor:BMO Harris Bank (Chateau Parc Property) Address: 770 N. Water Street Milwaukee, WI 53202 | 02-25-2013 | 7,500.00 | |
| Creditor: BMO Harris Bank (Forest Place Property) Address: 770 N. Water Street Milwaukee, WI 53202 | 12-18-2012 | 18,560.03 | |
| Creditor: WE Energies (Forest Place) Address: 231 W. Michigan Street Milwaukee, WI 53203 | 01-11-2013 | 6,537.41 | |
| Creditor: BMO Harris Bank Address: 770 N. Water Street Milwaukee, WI 53202 | 01-15-2013 | 18,560.03 | |
| Creditor: BMO Harris Bank (Forest Place Property) Address: 770 N. Water Street Milwaukee, WI 53202 | 02-11-2013 | 8,011.95 | |
| Creditor:WaterStone Bank (Lakeview Property) Address:11200 W. Plank Court Wauwatosa, WI 53226 | 02-11-2013 | 8,011.95 | |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor: WaterStone Bank (Lakeview Property) Address: 11200 W. Plank Court Wauwatosa, WI 53226* | *01-17-2013* | *10,199.18* | |
| *Creditor: WaterStone Bank (Lakeview Property) Address: 11200 W. Plank Court Wauwatosa, WI 53226* | *01-15-2013* | *10,199.98* | |
| *Creditor: BMO Harris Bank (Berlin Property) Address: 770 N. Water Street Milwaukee, WI 53209* | *12-18-2012* | *10,230.00* | |
| *Creditor: BMO Harris Bank (Berlin Property) Address: 770 N. Water Street Milwaukee, WI 53202* | *12-18-2012* | *9,872.83* | |
| *Creditor: BMO Harris Bank (Berlin Property) Address: 770 N. Water Street Milwaukee, WI 53202* | *12-18-2012* | *11,250.00* | |
| *Creditor: BMO Harris Bank (Chateau Parc) Address: 770 N. Water Street Milwaukee, WI 53202* | *12-18-2012* | *11,215.22* | |
| *Creditor: Transfer to Berlin account from Chateau Parc Address:* | *01-30-2013* | *7,000.00* | |
| *Creditor: Transfer to Berlin account from Chateau Parc Address:* | *02-06-2013* | *6,500.00* | |
| *Creditor: WE Energies (Forest Place) Address: 231 W. Michigan St. Milwaukee, WI 53203* | *02-11-2013* | *8,011.95* | |
| *Creditor: Jonathan V. Goodman Trust Account (Patty Savage Bankruptcy) Address: 788 N. Jefferson Street Milwaukee, WI 53202* | *02-25-2013* | *7,500.00* | |

None  c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or
☒     were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
      unless the spouses are separated and a joint petition is not filed.)

*CIRCUIT COURT WINNEBAGO COUNTY, WIS*
*CASE # 06 CV 1504*                              *PENDING*
→ *John P. Savage vs AMERICAN TRANSMISSION*

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.
☐     (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless
      the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Paul's Snowplowing and Lawnspraying, LLC vs. John P. Savage* Case No. 2013-SC-387 | *Small Claims* | *Fond du Lac County Circuit Court Fond du Lac, WI* | PENDING |
| *Pyramax Bank, fsb, et al. v. Blue Light Specialists Investment Club, et al.* 2012-CV-1635 | *Foreclosure of Mortgage* | *Waukesha County Circuit Court Waukesha, WI* | PENDING |
| *John P. Savage v. Patricia M. Savage* 2011-CV-16353 | *Personal Injury* | *Milwaukee County Circuit Court Milwaukee, WI* | PENDING |
| *In RE the marriage of Patricia M. Savage and John P. Savage* 2010-FA-5413 | *Divorce* | *Milwaukee County Circuit Court Milwaukee, WI* | PENDING |
| *BMO Harris Bank v. John P. Savage* 2012-CV-8744 | *Foreclosure of Mortgage* | *Milwaukee County Circuit Court Milwaukee, WI* | CLOSED |
| *BMO Harris Bank v. John P. Savage* 2012-CV-612 | *Foreclosure of Mortgage* | *Fond du Lac County Circuit Court Fond du Lac, WI* | CLOSED |
| *BMO Harris Bank v. John P. Savage* 2012-CV-286 | *Foreclosure of Mortgage* | *Marinette County Circuit Court Marinette, WI* | CLOSED |
| *BMO Harris Bank v. John P. Savage* | *Foreclosure of Mortgage* | *Green Lake County Circuit Court* | CLOSED |

GIBSON PARTNERSHIP, LLC

DEBTOR

CASE # 11EV013874 F
FULTON COUNTY, GEORGIA

PENDING

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 2012-CV-128 | | Green Lake, WI | |
| BMO Harris Bank v. John P. Savage 2012-CV-124 | Foreclosure of Mortgage | Green Lake County Circuit Court Grenn Lake, WI | CLOSED |
| Bank Mutual v. John P. Savage 2012-CV-68 | Foreclosure of Mortgage | Fond du Lac County Circuit Court Fond du Lac, WI | CLOSED |

---

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Jonathan V. Goodman<br>Address:<br>788 North Jefferson Street<br>Suite 707<br>Milwaukee, WI 53202-3739 | Date of Payment: 11/28/2012<br>02/03/2013<br>02/18/2013<br>Payor: John P. Savage | $3,270.00<br>$10,000.00<br>$20,000.00 |

### 10. Other transfers

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *Trillium Development, LLC* | | *30745 W BEAVER LAKE RD HARTLAND , WI 53029* | *1/3 interest; owns Delafield land conveyed in foreclosure to mortgagee* | |
| *Evictor, Inc.* | | *6300 N Port Washington Road # 1 Milwaukee, WI 53217-4313* | *1/2 interest VALUE - $0.00 2011 Income - $5,544.00* | |
| *The Star Group, LLC* | | *1551 N. PROSPECT AVENUE MILWAUKEE , WI 53202* | *VALUE - $0.00 2011 Income - ($6,693.00)* | |
| *Law Offices of John P. Savage, LLC* | | *1551 N. Prospect Milwaukee, WI 53202* | *VALUE - $0.00* | |

None ☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements**

None ☒

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**20. Inventories**

None ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _3/14/13_     Signature _____
                   of Debtor

Date _____     Signature _____
                           of Joint Debtor
                           (if any)

In re SAVAGE JOHN P
_____
          Debtor(s)

Case number: 13-22009
_____
          (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly.
Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☒ **Married, not filing jointly. Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>**Debtor's**<br>**Income** | **Column B**<br>**Spouse's**<br>**Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | $0.00 |
| 3 | **Net Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$390.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$0.00</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $390.00 | $0.00 |
| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate colmun(s) of Line 4. Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$9,000.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $9,000.00 | $0.00 |
| 5 | **Interest, dividends, and royalties.** | $20.00 | $0.00 |
| 6 | **Pension and retirement income.** | $0.00 | $0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $0.00 | $0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $0.00</td><td>Spouse $0.00</td></tr></table> | $0.00 | $0.00 |

| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | 0 | |
| | b. | 0 | |
| | Total and enter on Line 9 | $0.00 | $0.00 |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $9,410.00 | $0.00 |
| 11 | **Total current monthly income.** If column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | $9,410.00 |

## Part II: VERIFICATION

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br>Date: ___3/14/13___ Signature: _____ (Debtor)<br>Date: _____ Signature: _____ (Joint Debtor, if any) |
|---|---|

Rule 2016(b) (8/91)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re    *John P. Savage*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor:   *Jonathan V. Goodman*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.   The undersigned is the attorney for the debtor(s) in this case.

2.   The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a)   For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *100,000.00*
   b)   Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ *8,000.00*
   c)   The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $ *92,000.00*

3.   $ *1,213.00* of the filing fee in this case has been paid.

4.   The Services rendered or to be rendered include the following:
   a)   Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b)   Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c)   Representation of the debtor(s) at the meeting of creditors.

5.   The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6.   The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7.   The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8.   The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *03/12/2013*      Respectfully submitted,

X _____
Attorney for Petitioner: *Jonathan V. Goodman*
*Law Offices of Jonathan V. Goodman*
*788 North Jefferson Street*
*Suite 707*
*Milwaukee WI 53202-3739*
*414-276-6760*
*jgoodman@ameritech.net*